

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00038-CV

| | | |
|---|---|---|
| Joseph Coleman McDowell, Jr. and Safe Parking, Ltd. | § | From the 362nd District Court |
| | § | of Denton County (15-01289-362) |
| v. | | |
| | § | August 4, 2016 |
| Mary Patricia McDowell and CMP Family Limited Partnership | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston